IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
FRED C. SCOTT,                  )
                                )
    Petitioner,                 )
                                )     CIVIL ACTION NO.
    v.                          )     2:03cv243-MHT
                                )          (WO)
UNITED STATES OF AMERICA,       )
                                )
    Respondent.                 )
```

OPINION

Pursuant to 28 U.S.C. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied. Also before the court is respondent's objection to the recommendation, which does not actually object to the ultimate recommendation but rather seeks to correct a misstatement of fact.  After an independent and de novo review of the record, the court concludes that respondent's objection should be sustained and the

magistrate judge's recommendation adopted as modified by the objection.

An appropriate judgment will be entered.

DONE, this the 27th day of June, 2006.

        /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**