IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | Civ. Case No. 2:03cv243-MHT |
| | ) | |
| FRED C. SCOTT | ) | |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On March 20, 2007, the Eleventh Circuit Court of Appeals issued an order granting Scott's motion for a certificate of appealability on the following issues:

(1) Whether, in light of *Clisby v. Jones*, 960 F.2d 925, 936 (11th Cir. 1991) (*en banc*), the district court was required to address all of the claims raised in appellant's motion to vacate his sentence pursuant to 28 U.S.C. § 2255; and

(2) If so, whether the district court failed to address appellant's claim that appellate counsel was ineffective for failing to raise the following issues on direct appeal: (a) the drug amount was incorrectly determined; and (b) appellant was not a career criminal.

(Doc. No. 69.) Upon review of the record, the Magistrate Judge concludes that through oversight the Magistrate Judge failed to address Scott's claims that appellate counsel was ineffective for failing to challenge the drug amount and his treatment as a career criminal were not directly discussed in this court's June 8, 2006, Recommendation. Regardless of whether *Clisby* applies in a proceeding pursuant to 28 U.S.C. § 2255, the claims should have been addressed on the merits.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this court file a notice with the Eleventh Circuit Court of Appeals, notifying the Court that, due to an

oversight, the ineffective-assistance-of-appellate counsel claims at issue were not addressed by this court and requesting that the case be remanded to this court for further proceedings with respect to those claims.

It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation **on or before April 16, 2007**.  Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation objected to.  Frivolous, conclusive or general objections will not be considered by the District Court.  The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice.  *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981, *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Done this 3rd day of April, 2007.

                                        /s/Charles S. Coody
                                        CHARLES S. COODY
                                        CHIEF UNITED STATES MAGISTRATE JUDGE