IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| FRED C. SCOTT, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:03cv243-MHT |
| ) | (WO) |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

There being no objections, and after an independent and de novo review of the record, it is ORDERED as follows:

(1) The magistrate judge's recommendation (Doc. No. 70) is adopted.

(2) The Eleventh Circuit Court of Appeals is notified that, due to an oversight by the magistrate judge and the court, the ineffective-assistance-of-appellate-counsel claims were not addressed by the court.

(3) The Eleventh Circuit Court of Appeals is

requested to vacate the opinion and judgment of this court (Doc. Nos. 60 & 61) so that the magistrate judge and the court can address the ineffective-assistance-of-appellate-counsel claims.

The clerk of the court is DIRECTED to furnish a copy of this order to the Eleventh Circuit Court of Appeals.

DONE, this the 26th day of April, 2007.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**