IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **FRED C. SCOTT,** | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:03cv243-MHT |
| | ) | (WO) |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|    Respondent. | ) | |

# OPINION

Pursuant to 28 U.S.C.A. § 2255, petitioner, a federal inmate, filed this lawsuit seeking habeas relief.  This lawsuit is now before the court on the recommendations of the United States Magistrate Judge that petitioner's writ petition be denied.  Also before the court are petitioner's and respondent's objections to the recommendations.  Respondent does not actually object to the ultimate recommendations but rather seeks to correct a misstatement of fact in one of these recommendations. After an independent and de novo review of the record,

the court concludes that petitioner's objections should be overruled, respondent's objection should be sustained, and the magistrate judge's recommendations adopted as modified by respondent's objection.

An appropriate judgment will be entered.

DONE, this the 19th day of June, 2007.

                                /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE